**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:22-CR-52 (MTT)** |
| ) | |
| **AARON JAMAL DENZEL AUSTIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

The government has moved the Court to continue this case to the next trial term. Doc. 15.  The defendant was indicted on September 13, 2022, and had his arraignment in this Court on October 19, 2022.  Docs. 1; 7.  No prior continuances have been granted.  The government now moves the Court to continue this case to the next trial term to provide additional time for the defendant and his counsel to review discovery, prepare an adequate defense, and fully prepare for trial or discuss a possible resolution with counsel for the government.  Doc. 15 at 2.  The defendant does not oppose the motion.  *Id*. at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 15) is **GRANTED**.  The case is continued from the December term until the Court's trial term presently scheduled for **January 17, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 9th day of November, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT